| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED<br>CLERK, U.S. DISTRICT COURT<br>05/06/2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: AP DEPUTY | 19CR03825-001-MMA |
| | | DOCKET NUMBER *(Rec. Court)*<br>5:21-cr-00106-JGB |

| NAME AND ADDRESS OF<br><br>Roman, Adrian | DISTRICT<br><br>Southern California | DIVISION<br><br>San Diego |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Michael M. Anello<br>Senior U.S. District Judge | |
| | DATES OF<br>supervised release | FROM<br>1/28/21 | TO<br>1/27/24 |

OFFENSE

Ct. 1: 8 U.S.C. § 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i), Transportation of Certain Aliens, a Class D felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 4, 2021
Date

Michael M. Anello
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

5/5/21
Effective Date

United States District Judge